IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MOBLEY, II, ) | **C.A. NO.** | 3:22-3412-TLW |
| ) | | |
| PLAINTIFF, ) | | |
| ) | | |
| vs. ) | | |
| ) | **NOTICE OF REMOVAL** | |
| RYDER INTEGRATED LOGISTICS, ) | | |
| INC. AND JERRY HUEBSHEN, ) | | |
| ) | | |
| DEFENDANTS. ) | | |
| ) | | |

YOU WILL PLEASE TAKE NOTICE that the Defendants hereby notify this Court, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, of removal to this Court of the action currently pending between the above-captioned Parties in the Court of Common Pleas, County of Lexington, State of South Carolina, Civil Action number 2022-CP-32-2987. Removal is based on the following grounds:

1. The above-entitled personal injury action was brought in the Court of Common Pleas, County of Lexington, State of South Carolina, by the Plaintiff, to recover damages resulting from a motor vehicle accident that occurred on March 6, 2020, in Orangeburg County, South Carolina.

2. Plaintiff commenced this action by filing the Summons and Complaint with the Court of Common Pleas, County of Lexington, State of South Carolina, on August 30, 2022.

3. In the Complaint, Plaintiff seeks actual and punitive damages as a result of the subject accident.

4. At the time of the commencement of this action and the filing of this Notice of Removal, the Plaintiff and the Defendants maintained the following citizenship:

   a. Pursuant to the Complaint, Plaintiff is a citizen of South Carolina.

   b. Defendant Ryder Integrated Logistics, Inc. is a Delaware Corporation with its principal place of business located at 11690 N.W. 105 Street, Miami, Florida 33178.

   c. Defendant Jerry Heubschen is resident of the State of Wisconsin.

5. In light of the foregoing, diversity of citizenship exists between the Plaintiff and Defendants pursuant to 28 U.S.C. §1332 at the time of removal.

6. Plaintiff Christopher Mobley II is seeking an unspecified amount of actual and punitive damages in this action for severe and painful injuries and other damages (Complaint, ¶ 7, 10, 12, and 17). Based on Plaintiff's claim for damages, a jury could award relief in excess of $75,000.00, if proved.

7. Accordingly, the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00.

8. The Court of Common Pleas for Lexington County is within the United States District Court for the District of South Carolina, Columbia Division. Thus, by filing the Notice of Removal in the district and division within which such action is pending, the Defendants have satisfied the requirements of 28 U.S.C. § 1446(a).

9. This Notice of Removal is filed pursuant to 28 U.S.C. § 1446 within thirty (30) days of the receipt by the Defendants of the initial pleading setting forth the claim for relief upon which this action is based.

10. A copy of this Notice of Removal has been filed with the Clerk of Court for Lexington County Common Pleas.

11. The Defendants shall pay all costs and disbursements incurred by reason of the removal proceedings should it be determined that the said action was not removable or was improperly removed.

WHEREFORE, your Petitioners pray that this Court accept this Notice of Removal, which is being filed and that this Honorable Court take jurisdiction of the above-entitled cause and all further proceedings in said cause in the Court of Common Pleas, County of Lexington, State of South Carolina be stayed.

CLEMENT RIVERS, LLP

By: s/Duke R. Highfield
Duke R. Highfield, Federal ID #5654
Brandt R. Horton, Federal ID# 9795
John A. Woods, Federal ID#13822
P.O. Box 993
Charleston, SC  29402
(843) 720-5456
dhighfield@ycrlaw.com
bhorton@ycrlaw.com
jwoods@ycrlaw.com
Attorneys for the Defendants.

Charleston, South Carolina

October 3, 2022